UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 NOV 21 PM 12: 52

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| BRYAN TOMEY, ) | 1:17-cr-0229 SEB-DML |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
Interstate Transportation of Stolen Property
18 U.S.C. § 2314

Between on or about November 21, 2012, and on or about May 27, 2017, in the Indianapolis Division of the Southern District of Indiana and within the jurisdiction of the Court, the defendant,

BRYAN TOMEY,

did unlawfully transport, transmit, and transfer in interstate commerce from the State of Indiana to the State of New York, stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Section 2314.

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

By: _____
JEFFREY D. PRESTON
Assistant United States Attorney